```
CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorney for Defendant
FREDERICK LAURENS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 12-0198-MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **MODIFY RELEASE CONDITIONS** |
| ) | |
| FREDERICK LAURENS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, and CARL E. LARSON, attorney for FREDERICK LAURENS, that the defendant's conditions of pretrial supervision be modified by striking the defendant's required participation in the submitting a drug and/or alcohol testing (paragraph's 8 of the May 16, 2012, release order). See the Amended Conditions of Release, as proposed.  (Exhibit A).

Mr. Laurens is completely compliant with all his conditions of release.  Pretrial Services Officer, Renee Basurto, prepared Exhibit "A" and agrees with this modification.

1   All other conditions of release shall remain in effect.

DATED: June 17, 2012                Respectfully Submitted,


                                    /s/ Carl E. Larson
                                    Attorney for Defendant
                                    FREDERICK LAURENS


DATED:  June 17, 2013               BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Carl E. Larson for
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:  June 19, 2013.              _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

AMENDED Conditions of Release
Docket #2:12-CR-00198-MCE-9
Frederick Laurens

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall obtain no new passport during the pendency of this case;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

11. You shall not associate or have any contact with any co-defendants, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

June 7, 2013